# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

**ADIB H. RAHMAN**,　　　　　　　　　　　　　　　Civil File No. 4:11-cv-670-FJG

　　　　Plaintiff,

vs.　　　　　　　　　　　　　　　　　　　　　　　　STIPULATION OF DISMISSAL
　　　　　　　　　　　　　　　　　　　　　　　　　　WITH PREJUDICE
**NCO FINANCIAL SYSTEMS, INC.**,

　　　　Defendant.

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff Adib H. Rahman, and the defendant, NCO Financial Systems, Inc. hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, <u>with prejudice</u>, each side to bear its own costs and attorneys fees.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated:　October 17, 2011　　　　　　　By /s/J. Mark Meinhardt
　　　　　　　　　　　　　　　　　　　　　J. Mark Meinhardt, #53501
　　　　　　　　　　　　　　　　　　　　　4707 College Boulevard, Suite 100
　　　　　　　　　　　　　　　　　　　　　Leawood, KS  66211
　　　　　　　　　　　　　　　　　　　　　Telephone: (913) 451-9797
　　　　　　　　　　　　　　　　　　　　　Facsimile:  (913) 451-6163
　　　　　　　　　　　　　　　　　　　　　MeinhardtLaw@sbcglobal.net
　　　　　　　　　　　　　　　　　　　　　ATTORNEY FOR PLAINTIFF


Dated:　October 17, 2011　　　　　　　By /s/Richmond M. Enochs
　　　　　　　　　　　　　　　　　　　　　Richmond M. Enochs, #36819
　　　　　　　　　　　　　　　　　　　　　Wallace, Saunders, Austin, Brown & Enochs, Chtd.
　　　　　　　　　　　　　　　　　　　　　10111 West 87th Street
　　　　　　　　　　　　　　　　　　　　　Overland Park, KS 66212
　　　　　　　　　　　　　　　　　　　　　Telephone: (913) 888-1000
　　　　　　　　　　　　　　　　　　　　　Facsimile:  (913) 1065
　　　　　　　　　　　　　　　　　　　　　REnochs@WallaceSaunders.com
　　　　　　　　　　　　　　　　　　　　　ATTORNEY FOR DEFENDANT