# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| Adib H. Rahman,<br>　　　　Plaintiff,<br><br>vs.<br><br>NCO Financial Systems, Inc.,<br>　　　　Defendant. | )<br>)<br>)<br>)　No.  4:11-cv-0670-FJG<br>)<br>)<br>) |

## CLERK'S ORDER OF DISMISSAL

On the 17th day of October, 2011, the parties herein having filed a Stipulation of Dismissal pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed with prejudice. Each party to bear its own costs.

　　　　　　　　　　　　　　　　　AT THE DIRECTION OF THE COURT

　　　　　　　　　　　　　　　　　Ann Thompson, Clerk of Court

　　　　　　　　　　　　　　　　　　　/s/ Rhonda Enss

　　　　　　　　　　　　　　　　　By　　Rhonda Enss
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Date:　October 25, 2011